ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS ANTHONY ALARCON,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE BERNSTEIN, et al.,<br><br>Defendants. | Case No. EDCV 08-730-GHK (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Re Dismissal of Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 11/6/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE